# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Brant W. Scott v. BNSF Railway Company; Commonwealth Edison Co.; and Exelon Corporation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Brant W. Scott

```
FILED: AUGUST 27, 2008
08CV4908
JUDGE GRADY
MAGISTRATE JUDGE SCHENKIER
AO
```

| | |
|---|---|
| NAME (Type or print) | |
| Ryan M. Furniss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Ryan M. Furniss | |
| FIRM | |
| Holland, Groves, Schneller & Stolze, LLC | |
| STREET ADDRESS | |
| 300 N. Tucker Blvd., Suite 801 | |
| CITY/STATE/ZIP | |
| St. Louis, MO 63101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6282915 | 314.241.8111 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |