U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 4908
BRANT E. SCOTT,     Plaintiff
v.
BNSF Railway Company, Commonwealth Edison Co a/k/a
COM ED and Exelon Corporation
                    Defendants.
AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |  |
|---|---|
| Michael J. Lubeck |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Michael J. Lubeck |  |
| FIRM |  |
| Cooney & Conway |  |
| STREET ADDRESS |  |
| 120 North LaSalle Street, 30th Floor |  |
| CITY/STATE/ZIP |  |
| Chicago, IL  60602 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6225500 | 312/236-6166 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |